Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  25–18981–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kelibeth Hernandez–Eustace                    James Eustace
aka Kelibeth Simmons, aka Keli               1112 Sycamore Avenue
Hernandez–Eustace                             Eatontown, NJ 07724
1112 Sycamore Avenue
Eatontown, NJ 07724

Social Security No.:
  xxx–xx–3321                                  xxx–xx–8234

Employer's Tax I.D. No.:

_____


**NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION**


To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.


Dated: November 10, 2025
JAN: admi


Jeanne Naughton
Clerk