Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−18981−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kelibeth Hernandez−Eustace
aka Kelibeth Simmons, aka Keli
Hernandez−Eustace
1112 Sycamore Avenue
Eatontown, NJ 07724

James Eustace
1112 Sycamore Avenue
Eatontown, NJ 07724

Social Security No.:
xxx−xx−3321                xxx−xx−8234

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date:       2/25/26
Time:       02:00 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $8,804.50

EXPENSES
$462.00

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 23, 2026
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-18981-MEH

Kelibeth Hernandez-Eustace     Chapter 13

James Eustace

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Jan 23, 2026     Form ID: 137     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kelibeth Hernandez-Eustace, James Eustace, 1112 Sycamore Avenue, Eatontown, NJ 07724-3237 |
| 520792165 | + | AFM Legal PC, PO Box 736150, Chicago, IL 60673-6150 |
| 520792171 | | CESC-Covid EIDL Service Center, 14925 Kingston Rd, Fort Worth, TX 76155 |
| 520792182 | | Lyons. Doughty and Veldhuis, P.C., 5 Greentree Center, 525 Route 73 N 400, Marlton, NJ 08053 |
| 520792185 | + | New Jersey Housing and Finance Agency, PO Box 18550, Trenton, NJ 08650-2085 |
| 520792191 | + | Stripe Capital Program/ Celtic Bank, 354 Oyster Point Blvd., South San Francisco, CA 94080-1912 |
| 520792190 | + | Stripe Capital Program/ Celtic Bank, 354 Oyster Point Blvd 94080-1912 |
| 520792196 | + | The Knot World, c/o AFM Legal PC, PO Box 736150, Chicago, IL 60673-6150 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520794776 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:04 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520839664 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 23 2026 21:08:04 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520792166 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2026 21:02:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520792167 | + | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 21:08:26 | American Express, 500 N. Franklin Tpke, PO Box 278, Ramsey, NJ 07446-0278 |
| 520841828 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 21:08:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520830735 | + | Email/Text: bkfilings@zwickerpc.com | Jan 23 2026 21:05:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 520792168 | | Email/PDF: bncnotices@becket-lee.com | Jan 23 2026 21:08:26 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520792169 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 21:08:23 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520792170 | + | Email/Text: bzern@celticbank.com | Jan 23 2026 21:05:00 | Celtic Bank, 268 South Street Suite 300, Salt Lake City, UT 84111-5314 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520792172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2026 21:08:08 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520792173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2026 21:08:32 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520792174 | + | Email/Text: BAN5620@UCBINC.COM | Jan 23 2026 21:03:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520792175 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2026 21:04:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520792176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2026 21:04:00 | Comenity Capital/Dell, Attn: Bankruptcy, PO box 182125, Columbus, OH 43218-2125 |
| 520792177 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 21:08:14 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520792178 | | Email/Text: bankruptcycourts@equifax.com | Jan 23 2026 21:04:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520792179 | ^ | MEBN | Jan 23 2026 20:57:47 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520792180 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2026 21:03:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 520841672 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2026 21:05:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520792181 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2026 21:08:24 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520844040 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 21:08:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520839612 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2026 21:08:02 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520846502 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2026 21:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520792183 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2026 21:08:12 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520803759 | + | Email/Text: BKRMailOps@weltman.com | Jan 23 2026 21:04:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., L.P.A., 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 520792184 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 23 2026 21:05:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 520873054 | + | Email/Text: bankruptcy@ondeck.com | Jan 23 2026 21:05:00 | ODK Capital LLC, 4700 W Daybreak Pkwy., Ste 200, South Jordan, UT 84009-5133 |
| 520792186 | + | Email/Text: bankruptcy@ondeck.com | Jan 23 2026 21:05:00 | Ondeck Capital, 4700 Daybreak Parkway Suite 200, South Jordan, UT 84009-5133 |
| 520873068 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2026 21:08:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 520792187 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2026 21:08:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520865742 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2026 21:08:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520792188 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 23 2026 21:08:13 | Secretary of Housing & Urban Development, 451 7th St Sw, Washington, DC 20410-0001 |
| 520792189 | + | Email/Text: servicing@svcfin.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 23 2026 21:04:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 520853678 | + | Email/Text: bankruptcy@bbandt.com | Jan 23 2026 21:04:00 | Service Finance Company, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 520792192 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 21:08:21 | Syncb/B&H, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520792193 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 21:08:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520792194 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2026 21:08:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520792195 | | Email/Text: bankruptcy@td.com | Jan 23 2026 21:04:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520792197 | ^ | MEBN | Jan 23 2026 20:57:43 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520805072 | + | Email/Text: bankruptcynotices@sba.gov | Jan 23 2026 21:04:00 | U.S. Small Business Administration, New Jersey District Office, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 520793547 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 23 2026 21:08:13 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520792198 | + | Email/Text: bankruptcynotices@sba.gov | Jan 23 2026 21:04:00 | US Small Business Administration, Attn: District Counsel, Two Gateway Center 1002, Newark, NJ 07102-5006 |
| 520792199 | + | Email/Text: COLATTY@WELTMAN.com | Jan 23 2026 21:04:00 | Weltman, Weinberg & Reis Co., LPA, 5000 Bradenton Avenue Suite 100, Dublin, OH 43017-3574 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520792164 | | A Shore Thing Productions LLC d/b/a This Is It Ent |
| 520792200 | | WRECK'D Productions LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 23, 2026 | Form ID: 137 | Total Noticed: 53 |

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Joint Debtor James Eustace ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Kelibeth Hernandez-Eustace ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5