| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| Standing Chapter 13 Trustee | PO Box 933 |
| PO Box 4853 | Memphis, TN  38101-0933 |
| Trenton, NJ  08650-4853 | |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-18981 / MEH**

Kelibeth Hernandez-Eustace
James Eustace

Petition Filed Date: 08/27/2025
341 Hearing Date: 09/25/2025
Confirmation Date: 01/14/2026

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $2,098.00 | I1PKF636J1-PI | 09/30/2025 | $2,098.00 | I1NKFKTDNZ-I | 11/10/2025 | $2,098.00 | I11MSNJKGN-I |
| 12/11/2025 | $2,098.00 | I183SBH491-P | 01/09/2026 | $2,098.00 | I85NC0223T-P | 02/09/2026 | $2,098.00 | I8MDBVFB14-F |

**Total Receipts for the Period: $12,588.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,588.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kelibeth Hernandez-Eustace | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees<br>Hold Funds: Reserve | $3,500.00 | $0.00 | $3,500.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» 1112 SYCAMORE AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $15,932.17 | $0.00 | $15,932.17 |
| 3 | US SMALL BUSINESS ADM | Unsecured Creditors<br>Hold Funds: Pending Resolution | $534,348.11 | $0.00 | $534,348.11 |
| 4 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $23,822.18 | $0.00 | $23,822.18 |
| 5 | MIDFIRST BANK<br>»» 1112 SYCAMORE AVE/1ST MTG | Mortgage Arrears | $335.49 | $285.23 | $50.26 |
| 6 | ALLY CAPITAL<br>»» 2019 FORD F-350 SUPER DUTY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL CREDIT | Unsecured Creditors | $1,900.88 | $0.00 | $1,900.88 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PAYPAL CREDIT | Unsecured Creditors | $2,733.57 | $0.00 | $2,733.57 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $11,507.30 | $0.00 | $11,507.30 |
| 10 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $955.44 | $0.00 | $955.44 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/B&H PAYBOO | Unsecured Creditors | $3,649.91 | $0.00 | $3,649.91 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/DELL PAY | Unsecured Creditors | $1,531.57 | $0.00 | $1,531.57 |
| 13 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,193.79 | $0.00 | $1,193.79 |

**Chapter 13 Case No. 25-18981 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $404.58 | $0.00 | $404.58 |
| 15 | SERVICE FINANCE CO. LLC<br>»» HVAC EUIPMENT | Secured Creditors | $4,633.76 | $3,939.61 | $694.15 |
| 16 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,277.78 | $0.00 | $1,277.78 |
| 17 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,985.96 | $0.00 | $2,985.96 |
| 18 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,875.31 | $0.00 | $1,875.31 |
| 19 | ODK CAPITAL, LLC | Unsecured Creditors | $18,551.16 | $0.00 | $18,551.16 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $4,322.18 | $0.00 | $4,322.18 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,588.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $4,224.84 | Current Monthly Payment: | $2,098.00 |
| Paid to Trustee: | $977.66 | Arrearages: | $0.00 |
| Funds on Hand: | $7,385.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**

