**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on February 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>    Kelibeth Hernandez-Eustace and James Eustace,<br><br>        Debtor(s). | Chapter 13<br><br>Case No. 25-18981<br><br>Hearing Date: February 25, 2026<br><br>Judge:  Mark E. Hall |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: February 26, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

4934-5071-8346, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____8,804.50_____for services rendered and expenses in the amount of $_____462.00_____for a total of $_____9,266.50_____.  The allowance is payable:

☒  $__6,266.50____  through the Chapter 13 plan as an administrative priority.

☒  $__3,000.00____  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,148.00_____per month for ___54___months beginning March 2026 to allow for payment of the above fee.

*rev.8/1/15*

2

4934-5071-8346, v. 1