**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

Order Filed on February 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>     Kelibeth Hernandez-Eustace and James Eustace,<br><br>          Debtor(s). | Chapter 13<br><br>Case No. 25-18981<br><br>Hearing Date: February 25, 2026<br><br>Judge:  Mark E. Hall |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: February 26, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

4934-5071-8346, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____8,804.50_____for services rendered and expenses in the amount of $_____462.00_____for a total of $_____9,266.50_____.  The allowance is payable:

☒  $__6,266.50____  through the Chapter 13 plan as an administrative priority.

☒  $__3,000.00____  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2,148.00_____per month for ___54____months beginning March 2026 to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 25-18981-MEH

Kelibeth Hernandez-Eustace                                                               Chapter 13

James Eustace

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 2

Date Rcvd: Feb 26, 2026                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Kelibeth Hernandez-Eustace, James Eustace, 1112 Sycamore Avenue, Eatontown, NJ 07724-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Albert Russo
      docs@russotrustee.com

Denise E. Carlon
      on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marc C Capone
      on behalf of Joint Debtor James Eustace ecf@gillmancapone.com
      GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
      on behalf of Debtor Kelibeth Hernandez-Eustace ecf@gillmancapone.com
      GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 26, 2026                            Form ID: pdf903                            Total Noticed: 1

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5