UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: <br><br> Kelibeth Hernandez-Eustace and  James Eustace | Case No.: _____ 25-18981-EJO _____ <br><br> Adv. No.: _____ <br><br> Judge: _____ Eamonn O'Hagan _____ <br><br> Chapter: _____ 13 _____ |

## ORDER TRANSFERRING CASE(S)
## TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 30, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒     ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____Christine M. Gravelle_____ by the clerk:

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

and it is further

☐     ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

_____     _____     _____     _____

*Rev.6/1/06; jml*

2