UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Kelibeth Hernandez-Eustace and  James Eustace

Case No.: _____25-18981-EJO_____

Adv. No.: _____

Judge: _____Eamonn O'Hagan_____

Chapter: _____13_____

## ORDER TRANSFERRING CASE(S)
## TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 30, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable _____Christine M. Gravelle_____ by the clerk:

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

*Rev.6/1/06; jml*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18981-CMG |
| Kelibeth Hernandez-Eustace | Chapter 13 |
| James Eustace | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Kelibeth Hernandez-Eustace, James Eustace, 1112 Sycamore Avenue, Eatontown, NJ 07724-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:**

**Name                              Email Address**

Albert Russo
                                        docs@russotrustee.com

Marc C Capone
                                        on behalf of Joint Debtor James Eustace ecf@gillmancapone.com
                                        GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
                                        on behalf of Debtor Kelibeth Hernandez-Eustace ecf@gillmancapone.com
                                        GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Matthew K. Fissel
                                        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 30, 2026                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5